UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Darwin IV,<br>    Plaintiff<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>    Defendant. | Case No.: 2:14-cv-00740-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND AND ~~PROPOSED~~ ORDER |

The parties, though counsel, stipulate to a 60-day extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to January 8, 2015, with Defendant's brief due February 9, 2015. Due to an unexpected family emergency, I was required to travel out of state and will not be able to return before the deadline as set by the scheduling order. Defendant's counsel will be on leave for over three weeks starting December 23, 2014 and has agreed to a 60-day extension.

                                                   Respectfully submitted,

November 6, 2014                              /s/ Richard A. Whitaker
                                                   Richard Allen Whitaker, Esq.
                                                   Attorney for Plaintiff

Dated: November 6, 2014                      Benjamin B. Wagner
                                                   United States Attorney

                                                   /s/Armand D. Roth*
                                                   Armand D. Roth
                                                   *By email authorization on Nov. 6, 2014
                                                   Special Assistant, U.S. Attorney

ORDER

Dated: November 6, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE