# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOHN DARWIN IV, | ) Case No.: 2:14-CV-740-AC |
|         Plaintiff, | ) STIPULATION AND ORDER FOR AN<br>) EXTENSION OF TIME |
| vs. | ) |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security, | ) |
|         Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 9, 2015, to March 11, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because this case was recently reassigned, and Counsel needs time to properly review the record and formulate Defendant's response.

///

///

Stip. & Order for Ext.; 2:14-cv-740-AC          1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant's response brief will be due on March 11, 2015, and Plaintiff's reply brief, if any, shall be filed within twenty one (21) days after service of Defendant's brief.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated: February 4, 2015

Respectfully submitted,
/s/ Richard Whitaker
(As authorized via e-mail on February 3, 2015)
RICHARD WHITAKER
2480 Hillborn Road, Suite 102
Fairfield, California 94533
Attorney for Plaintiff

Dated February 4, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CAVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Jennifer Lee Tarn
JENNIFER LEE TARN
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel for Defendant:
Marcelo N. Illarmo, Assistant Regional Counsel
Office of the General Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: February 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE